**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE L. GARCIA,** | § | |
| | § | |
| **VS.** | § | **Civil Action No.: 3:26-cv-00175** |
| | § | |
| **CITY OF GALVESTON, TEXAS, et al.** | § | |
| | § | |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

In accordance with Fed. R. Civ. P. 7.1, the local rules of the United States District Court for the Southern District of Texas and the court's order, Plaintiff Michelle L. Garcia certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities are financially interested in the outcome of this litigation:

1. Michelle L. Garcia, Plaintiff.
2. PJL Law, P.L.L.C., counsel for Plaintiff.
3. City of Galveston, Texas, and Doug Balli, in his Official Capacity as Chief of Police of Galveston, Texas, Defendants.
4. James Stewart, Defendant in his individual capacity.
5. Texas Municipal League Intergovernmental Risk Pool, which may have a financial interest arising from defense, coverage, or indemnity obligations relating to the City of Galveston.

Plaintiff is an individual, not a corporation. No publicly traded corporation is known to have a financial interest requiring underlining under the Court's Order.

Plaintiff will file a supplemental disclosure if any required information changes or if any additional financially interested person or entity is identified.

Respectfully submitted,

PJL LAW, P.L.L.C

Paige J. Lockett
Texas State Bar Number: 24072213
Southern District (TX) Federal Bar No.: 3371600
4801 Woodway, Suite 300E-37
Houston, Texas 77056
Telephone: (832) 837-9707
Facsimile: (713) 581-6528
Email: Paige@pjllawfirm.com
*Attorney for Michelle L. Garcia*

## CERTIFICATE OF SERVICE

No Defendant has appeared, and service through CM/ECF is presently unavailable. Plaintiff will serve a copy of this Disclosure of Interested Parties on each Defendant with formal process and will promptly file proof of service.

Date: August 17, 2026

Paige J. Lockett