IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHELLE L. GARCIA<br><br>v.<br><br>CITY OF GALVESTON, TEXAS, a municipal corporation, JAMES STEWART, individually, and DOUG BALLI, in his Official Capacity as Chief of Police of Galveston, Texas | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-cv-00175 |

DEFENDANTS CITY OF GALVESTON'S AND POLICE CHIEF DOUG BALLI'S UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Defendants City of Galveston and Police Chief Doug Balli ("Defendants") request the Court extend the time for Defendants to file a reply to Plaintiff's Response to Defendants' 12(b)(6) Motion to Dismiss (Doc. 29) and in support of Defendants' Motion to Dismiss (Doc. 19).

CERTIFICATE OF CONFERENCE

1. Defendants' counsel conferred with plaintiff's counsel by email on October 8, 2026, and plaintiff does not oppose the requested extension of time.

GROUNDS FOR RELIEF SOUGHT

2. On September 3, 2026, Defendants filed their motion to dismiss (Doc. 19).

3. On October 1, 2026, Plaintiff filed her Response (Doc. 29) to Defendants' motion to dismiss.

4. Defendants' reply deadline is currently October 8, 2026.

5. Good cause exists for the short requested extension because this matter involves complex and fairly novel legal issues. This is Defendants' first requested extension for this motion, and the extension will not disrupt other court-ordered deadlines.

6. Federal Rule of Civil Procedure 6(b) permits the court, for good cause, to extend time for acts that must be done within a specified time. The circumstances identified above establish good cause for a brief extension requested to allow the responding party to analyze technical data and file a reply.

7. The requested extension is unopposed, reasonable, will not prejudice any party, and will promote the orderly and efficient resolution of the issues by allowing Defendants to prepare an appropriate reply.

8. Defendants therefore respectfully request that the Court extend the deadline to file their reply to Plaintiff's Response in Opposition to Defendants' Rule 12(b)(6) Motion to Dismiss.

PRAYER

9. Defendants pray that their reply deadline on October 8, 2026 be extended by the court to October 15, 2026, and enter an order reflecting Defendants' new deadline on October 15, 2026 to file their Reply to Plaintiff's Response (Doc. 29)..

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Craft Hughes*
William S. Helfand
Attorney-in-charge
Texas Bar No. 09388250
S.D. Tex. 8791
bill.helfand@lewisbrisbois.com
Norman Ray Giles
Texas Bar No. 24014084
S.D. Tex. 26966
Norman.Giles@lewisbrisbois.com
Craft Hughes
Texas Bar No. 24046123
S.D. Tex. 566470
craft.hughes@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (832) 460-4637
Facsimile: (713) 759-6830

*Attorneys for Defendants,*
*City of Galveston and Chief Doug Balli*

CERTIFICATE OF SERVICE

I certify that on October 8, 2026, a true and correct copy of the foregoing has been forwarded to all parties and counsel of record in accordance with the District's ECF service rules.

*/s/ Craft Hughes*
Craft Hughes